**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

WILLIAM F. CARADINE, II                                                            PETITIONER
ADC #90785

v.                                 No. 5:10CV00351 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                              RESPONDENT

### ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1]

      Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Caradine has made a substantial showing of denial of a constitutional right. Thus, the certificate of appealability is denied.

      IT IS THEREFORE ORDERED that Caradine's Petition (Doc. No. 1) is DISMISSED.  The requested relief is denied and any pending motions are denied as moot.

---

[1] Caradine says that the Rule 37 petition that he erroneously sent to the Lincoln Court was returned three and a half weeks later rather than three and a half days later, but that difference does not alter the outcome here.

DATED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE