### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WILLIAM F. CARADINE, II                                                                              PETITIONER
ADC #90785

v.                                              No. 5:10CV00351 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.  A certificate of appealability is DENIED.

DATED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE